## Commonwealth *v.* Behm, Appellant.

Submitted December 9, 1968. *Paul S. Foreman,* for appellant; *John Woodcock, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Berrios, Appellant.

Before KEIM, J., specially presiding.

Argued December 10, 1968. *David Rudovsky,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Walter W. Cohen,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.